IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 1 6 2016

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:16CR 19 |
| | § | Judge MHS/JDL |
| MATTHEW SUGGS | § | |
| | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 1703
(Detain, Delay, Destroy or Open of Mail
by U.S. Postal Employee)

On or about September 8, 2015, in Smith County, in the Eastern District of Texas, the defendant, **Matthew Suggs**, being a United States Postal Service employee, unlawfully secreted, destroyed, detained, delayed, and opened the contents of mail matter, which mail and its contents had been entrusted to defendant and which had come into his possession intended to be conveyed by mail, all in violation of 18 U.S.C. § 1703.

## Count Two

Violation: 18 U.S.C. § 1703<br>
(Detain, Delay, Destroy or Open of Mail<br>
by U.S. Postal Employee)

On or about September 10, 2015, in Smith County, in the Eastern District of Texas, the defendant, **Matthew Suggs**, being a United States Postal Service employee, unlawfully secreted, destroyed, detained, delayed, and opened the contents of mail matter, which mail and its contents had been entrusted to defendant and which had come into his possession intended to be conveyed by mail, all in violation of 18 U.S.C. § 1703.

## Count Three

Violation: 18 U.S.C. § 1703
(Detain, Delay, Destroy or Open of Mail by U.S. Postal Employee)

On or about September 15, 2015, in Smith County, in the Eastern District of Texas, the defendant, **Matthew Suggs**, being a United States Postal Service employee, unlawfully secreted, destroyed, detained, delayed, and opened the contents of mail matter, which mail and its contents had been entrusted to defendant and which had come into his possession intended to be conveyed by mail, all in violation of 18 U.S.C. § 1703.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____   3/16/16
ALLEN H. HURST                     Date
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Bar Card No. 10313280

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | NO. 6:16CR_____ |
| MATTHEW SUGGS | | |

## NOTICE OF PENALTY

### Counts One - Three

Violation: 18 U.S.C. §1703 (Detain, Delay, Destroy or Open of Mail by U.S. Postal Employee)

Penalty: Imprisonment for not more than 5 years, a fine not to exceed $250,000.00, or both; and supervised release of not more than three (3) years.

Special Assessment: $100.00